In the Matter of the Transfer Tax upon the Estate of SARAH J. G. SPENCER, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; WILLIAM A. SPENCER et al., as Executors, et al., Respondents.

*Matter of Spencer*, 126 App. Div. 954, affirmed.
(Argued October 2, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 26, 1908, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax on the estate of Sarah J. G. Spencer, deceased.

*Charles J. Hardy* and *Thomas Emmet Fitzgerald* for appellant.

*Perry D. Trafford* and *Henry H. Man* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.